IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WILMINGTON SAVINGS FUND SOCIETY, FSB, as successor in interest to CHRISTIANA BANK & TRUST COMPANY, as trustee for JOHN DOE TRUST 1,** *et al.*,<br>　　　　　　　Plaintiffs;<br><br>v.<br><br>**PHL VARIABLE INSURANCE COMPANY and PHOENIX LIFE INSURANCE COMPANY,**<br>　　　　　　　Defendants. | Civil Action No. 13-499-RGA |

AMENDED ORDER

Having reviewed the relevant papers, for the reasons stated in the accompanying Memorandum Opinion, IT IS ORDERED:

The Defendants' Motion to Dismiss the Second Amended Complaint (D.I. 136) is **GRANTED IN PART and DENIED IN PART** as set forth in the accompanying Memorandum Opinion. Counts I, II, III, IV, VII, VIII, and X are **DISMISSED** and Counts V and IX are **DISMISSED IN PART**. Leave to amend is **DENIED**, as the Plaintiffs have already amended twice, and further attempts to amend would be futile.

Entered this 10th day of April, 2014.

_____
United States District Judge